ROBERT BYERS

v.

WILLIAM BOWER.

STATEMENT.—This case is similar to the preceding, and is reversed for the same reasons.

ERROR to the Circuit Court of Richland county; the Hon.

JAMES C. ALLEN, Judge, presiding. Opinion filed April 2, 1880.

Messrs. BELL & GREEN and Mr. R. S. CANBY, for plaintiff in error.

Messrs. WILSON & HUTCHINSON, for defendant in error.

WALL, J. This case is similar to the preceding, Byers v. Alcorn, in its main features. The objection in that case, that the name and address of the payee of the note was not correctly shown in the list presented at the creditors' meeting, does not obtain in this case, otherwise the opinion in that case is applicable. The judgment is reversed and cause remanded.

Reversed and remanded.